

## CORP/LLC - CERTIFICATE OF GOOD STANDING

### Thank You For Using The Certificate of Good Standing System!

Your Certificate of Good Standing has been processed. If you have any questions concerning your purchase, please contact us through the **Business Services Contact Form**.

**Please print this reciept for your records.**

| | |
|---:|:---|
| **Purchase Date:** | 2007-10-24 04:54 PM |
| **Authentication Number:** | 0729703070 |
| **Confirmation Number:** | 059966 |
| **Transaction Fee:** | $25.00 |
| **Payment Processor Fee:** | $2.00 |
| **Total Fee:** | $27.00 |
| **Payment Method:** | CREDIT CARD |
| **Printable Document:** | **Print Certificate** |

(The printable version is viewable with **Adobe® Reader®** version 7.0 and above)

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**