

SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | ELECTRONIC IMAGING SYSTEMS OF AMERICA, INC. | **File Number** | 58288748 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 04/12/1995 | **State** | ILLINOIS |
| **Agent Name** | DON O SPAGNOLO | **Agent Change Date** | 04/14/2004 |
| **Agent Street Address** | 2500 W HIGGINS RD STE 500 | **President Name & Address** | JOHN G METSIG 2260 HICKS ROAD #405 ROLLING MEADOWS 60008 |
| **Agent City** | HOFFMAN ESTATES | **Secretary Name & Address** | JOHN G METSIG 2260 HICKS ROAD #405 ROLLING MEADOWS 60008 |
| **Agent Zip** | 60195 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 03/29/2007 | **For Year** | 2007 |

**Return to the Search Screen**        Purchase Certificate of Good Standing
                                        **(One Certificate per Transaction)**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**