ADRMOP, AO279, CLOSED, E-Filing, ENETERM

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:05-cv-03434-MJJ

| | |
|---|---|
| Shoom, Inc. v. Electronic Imaging Systems of America, Inc. et al | Date Filed: 08/24/2005 |
| | Date Terminated: 06/29/2006 |
| Assigned to: Hon. Martin J. Jenkins | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 830 Patent |
| Cause: 35:145 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Shoom, Inc.**  represented by  **Steven Anton Nielsen**
Allman & Nielsen P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
415-461-2700
Fax: 415-461-2726
Email: Steve@NielsenPatents.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara B. Allman**
Allman & Nielsen
A Professional Corporation
100 Larkspur Landing Circle, Suite 212

Larkspur, CA 94939-1743
415/461-2700
Fax: 415-461-2726
Email: all-niel@pacbell.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Electronic Imaging Systems of America, Inc.**  represented by  **Marc N. Bernstein**
The Bernstein Law Group, P.C.
555 Montgomery St.
Suite 1650
San Francisco, CA 94111
415-765-6634
Fax: 415-283-4804
Email: mbernstein@blgrp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Botz**
The Bernstein Law Group, P.C.
555 Montgomery Street
Suite 1650
San Francisco, CA 94111
(415) 765-6624
Fax: (415) 283-4804
Email: sbotz@blgrp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Metsig**                               represented by **Marc N. Bernstein**
*an Individual*                                              (See above for address)
*TERMINATED: 12/06/2005*                                     *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2005 | 1 | COMPLAINT For Declaratory Judgement & Damages & Patent Infringement - [Summons Issued] against Electronic Imaging Systems of America, Inc. & John Metsig [Filing Fee: $250.00, Receipt Number 3375790]. Filed by PlaintiffShoom, Inc.. (tn, COURT STAFF) (Filed on 8/24/2005) Additional attachment(s) added on 9/12/2005 (tn, COURT STAFF). (Entered: 08/26/2005) |
| 08/24/2005 | | SUMMONS Issued as to Electronic Imaging Systems of America, Inc.. (tn, COURT STAFF) (Entered: 08/26/2005) |
| 08/24/2005 | | SUMMONS Issued as to John Metsig. (tn, COURT STAFF) (Entered: 08/26/2005) |
| 08/24/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 12/21/2005 & Initial Case Management Conference set for 12/28/2005 01:30 PM. (Attachments: # 1 Standing Order).(tn, COURT STAFF) (Filed on 8/24/2005) (Entered: 08/26/2005) |
| 08/24/2005 | 3 | REPORT on the filing or determination of an action regarding Patent Infringement. (cc: form mailed to register). (tn, COURT STAFF) (Filed on 8/24/2005) (Entered: 08/26/2005) |
| 08/24/2005 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 08/26/2005) |
| 10/20/2005 | 4 | CLERK'S NOTICE RE CONSENT OR DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE; COUNSEL TO RESPOND BY 11/3/05 (bpf, COURT STAFF) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 10/28/2005 | 5 | WAIVER OF SERVICE Returned Executed filed by Shoom, Inc.. Service waived by Electronic Imaging Systems of America, Inc. waiver sent on 9/6/2005, answer due 11/7/2005. *Two-week extension granted* |

| | | |
|---|---|---|
| | | (Nielsen, Steven) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 11/03/2005 | 6 | Declination to Proceed Before a U.S. Magistrate Judge by Electronic Imaging Systems of America, Inc.. (Bernstein, Marc) (Filed on 11/3/2005) (Entered: 11/03/2005) |
| 11/07/2005 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 11/7/2005) (Entered: 11/07/2005) |
| 11/07/2005 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Martin J. Jenkins for all further proceedings. Judge Edward M. Chen no longer assigned to case. Signed by EXECUTIVE COMMITTEE on 11/7/05. (ha, COURT STAFF) (Filed on 11/7/2005) (Entered: 11/07/2005) |
| 11/10/2005 | 9 | STIPULATION *to extend the time for eISA to respond to the complaint* by Electronic Imaging Systems of America, Inc.. (Bernstein, Marc) (Filed on 11/10/2005) (Entered: 11/10/2005) |
| 11/10/2005 | 10 | ORDER granting 9 Stipulation filed by Electronic Imaging Systems of America, Inc.,. Signed by Judge Martin J. Jenkins on 11/10/2005. (mat, COURT STAFF) (Filed on 11/10/2005) (Entered: 11/16/2005) |
| 11/21/2005 | 11 | CLERK'S NOTICE [REassigned Case]. Case Management Conference set for 1/17/2006 02:00 PM. Joint Case Management Statement due by 1/9/2006. (Attachments: # 1 Standing Order) (mat, COURT STAFF) (Filed on 11/21/2005) (Entered: 11/21/2005) |
| 11/21/2005 | 12 | MOTION to Dismiss *Plaintiff's Complaint*, MOTION to Strike *Portion of Plaintiff's Complaint* filed by Electronic Imaging Systems of America, Inc., John Metsig. Motion Hearing set for 1/10/2006 09:30 AM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order Proposed Order re Motion to Dismiss)(Bernstein, Marc) (Filed on 11/21/2005) (Entered: 11/21/2005) |
| 12/06/2005 | 13 | AMENDED COMPLAINT against Electronic Imaging Systems of America, Inc.. Filed byShoom, Inc.. (Nielsen, Steven) (Filed on 12/6/2005) (Entered: 12/06/2005) |
| 12/07/2005 | 14 | STIPULATION and Proposed Order selecting Early Neutral Evaluation by Electronic Imaging Systems of America, Inc., Electronic Imaging Systems of America, Inc. (Bernstein, Marc) (Filed on 12/7/2005) (Entered: 12/07/2005) |
| 12/07/2005 | 15 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Bernstein, Marc) (Filed on 12/7/2005) (Entered: 12/07/2005) |
| 12/07/2005 | 16 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Nielsen, Steven) (Filed on 12/7/2005) (Entered: 12/07/2005) |
| 12/09/2005 | 17 | Notice of Withdrawal of Motion re 12 *To Dismiss Plaintiff's Complaint and To Strike Portion of Plaintiff's Complaint* filed byElectronic Imaging Systems of America, Inc., John Metsig. (Bernstein, Marc) (Filed on 12/9/2005) (Entered: 12/09/2005) |
| | | |

| | | |
|---|---|---|
| 12/09/2005 | 18 | ORDER REFERRING CASE to Early Neutral Evaluation. Signed by Judge Martin J. Jenkins on 12/9/2005. (mat, COURT STAFF) (Filed on 12/9/2005) (Entered: 12/12/2005) |
| 12/23/2005 | 19 | MOTION to Dismiss *Plaintiff's First Amended Complaint, and Memorandum of Points & Authorities in Support* filed by Electronic Imaging Systems of America, Inc.. Motion Hearing set for 1/31/2006 09:30 AM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1)(Botz, Sarah) (Filed on 12/23/2005) (Entered: 12/23/2005) |
| 12/23/2005 | 20 | Declaration of John Metsig in Support of 19 MOTION to Dismiss *Plaintiff's First Amended Complaint, and Memorandum of Points & Authorities in Support* filed byElectronic Imaging Systems of America, Inc.. (Attachments: # 1 # 2 # 3)(Related document(s)19) (Botz, Sarah) (Filed on 12/23/2005) (Entered: 12/23/2005) |
| 01/04/2006 | 21 | CLERK'S NOTICE. Case Management Conference reset for 3/7/2006 02:00 PM. Joint Case Management Statement due by 2/27/2006. (mat, COURT STAFF) (Filed on 1/4/2006) (Entered: 01/04/2006) |
| 01/09/2006 | 22 | Proposed Order re 19 MOTION to Dismiss *Plaintiff's First Amended Complaint, and Memorandum of Points & Authorities in Support*, 20 Declaration in Support,, 21 Clerks Notice *Stipulation and Proposed Order re Limited Discovery, Briefing Schedule, Hearing Date and CMC Date* by Shoom, Inc.. (Nielsen, Steven) (Filed on 1/9/2006) (Entered: 01/09/2006) |
| 01/10/2006 | 23 | ORDER Granting parties' request for limited discovery relating to subject matter jurisdiction; striking Defendant's Motion to Dismiss; setting deadlines for motion to dismiss following discovery; and vacating 1/31/06 hearing and 3/7/06 CMC. (mjjlc2, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |
| 01/13/2006 | 24 | MOTION Vacate Deadline to Complete ENE filed by Electronic Imaging Systems of America, Inc.. (Attachments: # 1 Declaration of Sarah Botz# 2 Proposed Order)(Botz, Sarah) (Filed on 1/13/2006) (Entered: 01/13/2006) |
| 01/19/2006 | 25 | ORDER by Judge Martin J. Jenkins granting 24 Motion Vacate Deadline to Complete ENE. (mat, COURT STAFF) (Filed on 1/19/2006) (Entered: 01/20/2006) |
| 01/26/2006 | 26 | ADR Clerk's Notice Appointing Lynn H. Pasahow as ENE Evaluator dated 1/26/2006. (af, COURT STAFF) (Filed on 1/26/2006) (Entered: 01/26/2006) |
| 01/26/2006 | | ***OFF CALENDAR***Pre ENE phone conference scheduled on Wednesday, February 1, 2006 at 9:30 a.m. (af, COURT STAFF) (Filed on 1/26/2006) Modified on 1/27/2006 (af, COURT STAFF). (Entered: 01/26/2006) |
| 03/01/2006 | 27 | MOTION to Dismiss *Plaintiff's First Amended Complaint, and Memorandum of Points and Authorities in Support* filed by Electronic |

| | | |
|---|---|---|
| | | Imaging Systems of America, Inc.. Motion Hearing set for 4/4/2006 09:30 AM in Courtroom 11, 19th Floor, San Francisco. (Botz, Sarah) (Filed on 3/1/2006) (Entered: 03/01/2006) |
| 03/01/2006 | 28 | Proposed Order re 27 MOTION to Dismiss *Plaintiff's First Amended Complaint, and Memorandum of Points and Authorities in Support* by Electronic Imaging Systems of America, Inc.. (Botz, Sarah) (Filed on 3/1/2006) (Entered: 03/01/2006) |
| 03/01/2006 | 29 | Declaration of John Metsig in Support of 27 MOTION to Dismiss *Plaintiff's First Amended Complaint, and Memorandum of Points and Authorities in Support* filed byElectronic Imaging Systems of America, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Related document(s)27) (Botz, Sarah) (Filed on 3/1/2006) (Entered: 03/01/2006) |
| 03/01/2006 | 30 | Declaration of Sarah Botz in Support of 27 MOTION to Dismiss *Plaintiff's First Amended Complaint, and Memorandum of Points and Authorities in Support* filed byElectronic Imaging Systems of America, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Related document(s)27) (Botz, Sarah) (Filed on 3/1/2006) (Entered: 03/01/2006) |
| 03/03/2006 | 31 | CLERK'S NOTICE. Case Management Conference reset for 4/25/2006 02:00 PM. Case Management Statement due by 4/17/2006. Courtroom 11, 19th Floor, San Francisco. (mat, COURT STAFF) (Filed on 3/3/2006) (Entered: 03/03/2006) |
| 03/15/2006 | 32 | Memorandum in Opposition *to Motion to Dismiss First Amended Complaint* filed byShoom, Inc.. (Nielsen, Steven) (Filed on 3/15/2006) (Entered: 03/15/2006) |
| 03/15/2006 | 33 | DECLARATION of Freschi *in opposition to motion to dismiss* filed byShoom, Inc.. (Attachments: # 1 Exhibit Exhibit 1 to Freschi Decl# 2 Exhibit Exh 6 Freschi Decl# 3 Exhibit Exh 2 Freschi decl# 4 Exhibit Exh 3# 5 Errata exh 4# 6 Exhibit exh 5# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 9# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Errata 14# 15 Exhibit 15# 16 Exhibit 16)(Nielsen, Steven) (Filed on 3/15/2006) (Entered: 03/15/2006) |
| 03/15/2006 | 34 | DECLARATION of Steven A. Nielsen *in opposition to motion to dismiss* filed byShoom, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Nielsen, Steven) (Filed on 3/15/2006) (Entered: 03/15/2006) |
| 03/15/2006 | 35 | Proposed Order *Denying Motion to Dismiss* by Shoom, Inc.. (Nielsen, Steven) (Filed on 3/15/2006) (Entered: 03/15/2006) |
| 03/15/2006 | 36 | Memorandum in Opposition *Proposed Order to allow witness to testify at evidentiary hearing* filed byShoom, Inc.. (Attachments: # 1 Proposed Order Proposed Order to allow witness to testify at evidentiary hearing) (Nielsen, Steven) (Filed on 3/15/2006) (Entered: 03/15/2006) |
| | | |

| | | |
|---|---|---|
| 03/22/2006 | 37 | Reply to Opposition re 27 MOTION to Dismiss *Plaintiff's First Amended Complaint, and Memorandum of Points and Authorities in Support* filed byElectronic Imaging Systems of America, Inc.. (Botz, Sarah) (Filed on 3/22/2006) (Entered: 03/22/2006) |
| 03/22/2006 | 38 | Declaration of John Metsig filed byElectronic Imaging Systems of America, Inc.. (Attachments: # 1 Exhibit 1)(Botz, Sarah) (Filed on 3/22/2006) (Entered: 03/22/2006) |
| 03/22/2006 | 39 | OBJECTIONS to re 33 Declaration in Opposition, *of William Freschi* by Electronic Imaging Systems of America, Inc.. (Botz, Sarah) (Filed on 3/22/2006) (Entered: 03/22/2006) |
| 03/27/2006 | 40 | PATENT STANDING ORDER. (mat, COURT STAFF) (Filed on 3/27/2006) (Entered: 03/27/2006) |
| 04/06/2006 | 41 | CLERK'S NOTICE Continuing Motion to Dismiss hearing. Motion to Dismiss Hearing reset for 5/16/2006 09:30 AM. Case Management Conference set for 6/13/2006 02:00 PM. Joint Case Management Statement due by 6/5/2006. (mat, COURT STAFF) (Filed on 4/6/2006) (Entered: 04/06/2006) |
| 05/16/2006 | 42 | Minute Entry: Motion Hearing held on 5/16/2006 before Martin J. Jenkins (Date Filed: 5/16/2006) re 27 MOTION to Dismiss *Plaintiff's First Amended Complaint, and Memorandum of Points and Authorities in Support* filed by Electronic Imaging Systems of America, Inc.,. (Court Reporter Belle Ball.) (mat, COURT STAFF) (Date Filed: 5/16/2006) (Entered: 05/16/2006) |
| 05/19/2006 | 43 | SUPPLEMENTAL BRIEF/MEMORANDUM in Opposition *of Motion to Dismiss First Amended Complaint* filed byShoom, Inc.. (Nielsen, Steven) (Filed on 5/19/2006) Modified on 5/25/2006 (ys, COURT STAFF). (Entered: 05/19/2006) |
| 05/31/2006 | 45 | TRANSCRIPT of Proceedings held on 5/16/06 before Judge Jenkins. Court Reporter: Belle Ball. (slh, COURT STAFF) (Filed on 5/31/2006) (Entered: 06/02/2006) |
| 06/01/2006 | 44 | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS. Signed by Judge Martin J. Jenkins on 5/31/2006. (mjjlc2, COURT STAFF) (Filed on 6/1/2006) (Entered: 06/01/2006) |
| 06/02/2006 | 46 | Proposed Order *re Request for Judgment and Proposed Judgment* by Electronic Imaging Systems of America, Inc.. (Bernstein, Marc) (Filed on 6/2/2006) (Entered: 06/02/2006) |
| 06/29/2006 | 47 | JUDGMENT. ***Civil Case Terminated. Signed by Judge Martin J. Jenkins on 6/29/2006. (mat, COURT STAFF) (Filed on 6/29/2006) (Entered: 06/29/2006) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 11/01/2007 10:08:43 | | | |
| **PACER Login:** | an0754 | **Client Code:** | Shoom |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-03434-MJJ |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |