AO279, TERMED, VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01490

| | |
|---|---|
| Electronic Imaging Systems of America, Inc. v. Merlinone, Inc. et al | Date Filed: 03/16/2007 |
| Assigned to: Honorable Ruben Castillo | Date Terminated: 05/22/2007 |
| Cause: 35:145 Patent Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Electronic Imaging Systems of America, Inc.**    represented by    **Electronic Imaging Systems of America, Inc.**
2260 Hicks Road
Rolling Meadows, IL 60008
PRO SE

**Edward David Manzo**
Cook Alex McFarron Manzo
Cummings Mehler Ltd
200 West Adams Street
Suite 2850
Chicago, IL 60606
(312) 236-8500
Fax: 312-236-8176
Email: emanzo@cookalex.com
*TERMINATED: 09/25/2007*
*LEAD ATTORNEY*

**David Lesht**
Cook, Alex, McFarron, Manzo,
Cummings & Mehler, Ltd.
200 West Adams Street
Suite 2850
Chicago, IL 60606
(312) 236-8500
Email: dlesht@cammcm.com
*TERMINATED: 09/25/2007*

V.

**Defendant**

**Merlinone, Inc.**    represented by    **Paul F. Stack**
*a Delaware corporation*      Stack & Filpi, Chtd.
140 South Dearborn Street
Suite 411

Chicago, IL 60603
(312)782-0690
Email: pstack@stackfilpi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tribune Publishing Company**
*a Delaware corporation*

**Defendant**

**Chicago Tribune Company**
*an Illinois corporation*

**Defendant**

**Tribune Company**
*a Delaware corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2007 | 1 | COMPLAINT filed by Electronic Imaging Systems of America, Inc.; (Exhibits) Jury Demand.(gej, ) (Entered: 03/19/2007) |
| 03/16/2007 | 2 | CIVIL Cover Sheet (gej, ) (Entered: 03/19/2007) |
| 03/16/2007 | 3 | ATTORNEY Appearance for Plaintiff Electronic Imaging Systems of America, Inc. by Edward David Manzo. (gej,) (Entered: 03/19/2007) |
| 03/16/2007 | 4 | ATTORNEY Appearance for Plaintiff Electronic Imaging Systems of America, Inc. by David Lesht. (gej, ) (Entered: 03/19/2007) |
| 03/16/2007 | 6 | SUMMONS Issued as to Defendants Merlinone, Inc., Tribune Publishing Company, Chicago Tribune Company, Tribune Company. (gej, ) (Entered: 03/19/2007) |
| 03/16/2007 | 7 | NOTICE of Claim involving Patent under Local Rule 3.4 by Electronic Imaging Systems of America, Inc. (gej, ) (Entered: 03/19/2007) |
| 03/19/2007 | 8 | MAILED patent report to Patent Trademark Office, Alexandria, VA. (gej,) (Entered: 03/19/2007) |
| 05/07/2007 | 9 | ATTORNEY Appearance for Defendant Merlinone, Inc. by Paul F. Stack (Stack, Paul) (Entered: 05/07/2007) |
| 05/09/2007 | 10 | MOTION by Defendant Merlinone, Inc. for extension of time to file response/reply (Stack, Paul) (Entered: 05/09/2007) |
| 05/09/2007 | 11 | NOTICE of Motion by Paul F. Stack for presentment of motion for extension of time to file response/reply 10 before Honorable Ruben Castillo on 5/16/2007 at 09:45 AM. (Stack, Paul) (Entered: 05/09/2007) |
| 05/09/2007 | 12 | MINUTE entry before Judge Ruben Castillo :Defendant Merlinone, Inc.'s |

|  |  |  |
|---|---|---|
|  |  | motion to extend time in which to answer or otherwise plead 10 is granted. All defendants must answer or otherwise plead to the complaint on or before 6/11/2007. The parties are directed to file a joint status report on or before 6/14/2007. The Court will hold a status hearing in open court on 6/19/2007 at 9:45 AM.Mailed notice (rao, ) (Entered: 05/09/2007) |
| 05/14/2007 | 13 | SUMMONS Returned Executed by Electronic Imaging Systems of America, Inc. as to Merlinone, Inc. on 4/24/2007, answer due 5/14/2007. (Lesht, David) (Entered: 05/14/2007) |
| 05/16/2007 | 14 | MOTION by Defendant Merlinone, Inc. to stay (Stack, Paul) (Entered: 05/16/2007) |
| 05/16/2007 | 15 | MEMORANDUM by Merlinone, Inc. in support of motion to stay 14 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Stack, Paul) (Entered: 05/16/2007) |
| 05/16/2007 | 16 | NOTICE of Motion by Paul F. Stack for presentment of motion to stay 14 before Honorable Ruben Castillo on 5/23/2007 at 09:45 AM. (Stack, Paul) (Entered: 05/16/2007) |
| 05/16/2007 | 17 | MINUTE entry before Judge Ruben Castillo :The Court will hear Defendant Merlinone, Inc.'s motion to stay pending re-examination by Patent Office or, in the alternative, to dismiss with leave to reinstate 14 on 5/22/2007 at 10:00 AM. Motion hearing set for 5/23/2007 is vacated.Mailed notice (rao, ) (Entered: 05/16/2007) |
| 05/22/2007 | 18 | MINUTE entry before Judge Ruben Castillo :Status report filing date of 6/14/2007 and status hearing set for 6/19/2007 are vacated. Status hearing reset to 9/25/2007 at 9:45 a.m. Motion hearing held on 5/22/2007. Defendant Merlinone, Inc.'s motion to stay 14 is granted. the Court hereby stays this lawsuit and dismisses it without prejudice for a term of four months. Mailed notice (rao, ) (Entered: 05/22/2007) |
| 07/23/2007 | 19 | NOTICE by Merlinone, Inc. *of Order of USPTO* (Attachments: # 1 Exhibit "A")(Stack, Paul) (Entered: 07/23/2007) |
| 09/13/2007 | 20 | NOTICE of Motion by David Lesht for presentment of before Honorable Ruben Castillo on 9/25/2007 at 09:45 AM. (Lesht, David) (Entered: 09/13/2007) |
| 09/13/2007 | 21 | MOTION by counsel for Plaintiff Electronic Imaging Systems of America, Inc. to withdraw as attorney (Lesht, David) (Entered: 09/13/2007) |
| 09/25/2007 | 22 | MINUTE entry before Judge Ruben Castillo: Status hearing held and continued to 11/27/2007 at 9:45 A.M. Edward D. Manzo and David Lesht's motion to withdraw as their appearances on behalf of plaintiff 21 is granted. Mailed notice (tlm) (Entered: 09/26/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/01/2007 11:58:12 | | | |
| **PACER Login:** | an0754 | **Client Code:** | shoom |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-01490 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |