

200 West Adams Street, Suite 2850
Chicago, Illinois 60606

Phone: 312-236-8500
Fax: 312-236-8176

www.cookalex.com
firm@cookalex.com

**Edward D. Manzo**
emanzo@cookalex.com

February 12, 2007

**Via Email and Federal Express**
Kurt Wimmer, Esq.
General Counsel
Gannett Co., Inc.
7950 Jones Branch Drive
McLean, VA 22107

  Re: Electronic Imaging Systems of America, Inc.
     v. Gannett Co., Inc., et al.
    Civil Action No.: 07C 0791
    Northern District of Illinois
    <u>Our Ref. No.: 2503-0001</u>

Dear Mr. Wimmer:

  We represent Electronic Imaging Systems of America, Inc. based in Rolling Meadows, Illinois (which is a Chicago suburb). Enclosed please find a courtesy copy of a complaint we filed in federal court in Chicago on Friday, February 9, 2007, against Gannett Co., Gannett Satellite Information Network, and Shoom, Inc.

  Late last year, Shoom issued a press release (Attachment 5 to the Complaint) announcing that USA TODAY had recently contracted for two services provided by Shoom. The suit charges that the process by which you work with Shoom to bill advertising customers for advertisements in at least USA TODAY infringes eISA's U.S. Patent 7,099,837, a copy of which is Attachment 2 to the Complaint.

  Any continued use of the patented method would be willful infringement.

  Last year, Shoom sued our client eISA in San Francisco seeking a declaration of no liability of the "parent" patent to the current patent-in-suit. That suit was dismissed.

  My purpose in writing, beyond providing you with a courtesy copy of the suit, is to determine whether the defendants have any interest in resolving this dispute amicably or prefer instead to litigate in Chicago.

  I look forward to hearing from you.

                Sincerely,

                Edward D. Manzo

EDM:ca
Encl.
cc: Shoom, Inc. (w/encl.)