

## CORP/LLC - CERTIFICATE OF GOOD STANDING

**Thank You For Using The Certificate of Good Standing System!**

Your Certificate of Good Standing has been processed. If you have any questions concerning your purchase, please contact us through the **Business Services Contact Form**.

**Please print this reciept for your records.**

|  |  |
|---:|:---|
| **Purchase Date:** | 2007-10-24 04:54 PM |
| **Authentication Number:** | 0729703070 |
| **Confirmation Number:** | 059966 |
| **Transaction Fee:** | $25.00 |
| **Payment Processor Fee:** | $2.00 |
| **Total Fee:** | $27.00 |
| **Payment Method:** | CREDIT CARD |
| **Printable Document:** | **Print Certificate** |

(The printable version is viewable with **Adobe® Reader®** version 7.0 and above)

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**