UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOOM INC,

    Plaintiff(s),

v.

ELECTRONIC IMAGING SYSTEMS,

    Defendant(s).

No. C 07-05612 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _November 30, 2007_    _Steven A. Nielsen_
                                          Signature

                                   Counsel for _Plaintiff-Shoom_
                                   (Name or party or indicate "pro se")