**STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864**
**(STEVE@NIELSENPATENTS.COM)**
**SARA B. ALLMAN, CALIFORNIA STATE BAR NO. 107932**
**ALLMAN & NIELSEN P.C.**
100 LARKSPUR LANDING CIRCLE, SUITE 212
LARKSPUR, CA 94939-1743
TELEPHONE:    (415) 461-2700
FACSIMILE:    (415) 461-2726

**Attorneys for Plaintiff**
**Shoom, Inc., a Delaware corporation**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Shoom, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Electronic Imaging Systems of America, Inc., an Illinois corporation, and Roes 1 – 100; <br><br> Defendants. | Case No. CV 07 05612 JCS <br><br> **PATENT** <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **CIVIL L.R. 3-16** |

Certification of Interested Entities or Persons
(Case No. CV 07-05612 JCS)

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, Plaintiff Shoom, Inc., hereby submits its Disclosure of Non-Party Interested Entities or Persons.

Plaintiff Shoom, Inc., is a Delaware Corporation and is wholly owned by TransData International, Inc., a Delaware Corporation.

Dated this 30th day of December, 2007.

Respectfully submitted,

\_\_/s/  Steven A. Nielsen
Steven A. Nielsen

Allman & Nielsen P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939

415.461.2700

Attorneys for Plaintiff Shoom, Inc.

- 2 -

Certification of Interested Entities or Persons
(Case No. CV 07-05612 JCS)