**STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO.** 133864
(STEVE@NIELSENPATENTS.COM)
**SARA B. ALLMAN, CALIFORNIA STATE BAR NO.** 107932
ALLMAN & NIELSEN P.C.
100 LARKSPUR LANDING CIRCLE, SUITE 212
LARKSPUR, CA 94939-1743
TELEPHONE:   (415) 461-2700
FACSIMILE:   (415) 461-2726

**Attorneys for Plaintiff**
**Shoom, Inc., a Delaware corporation**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Shoom, Inc., a Delaware corporation,<br><br>         Plaintiff,<br><br>     vs.<br><br>Electronic Imaging Systems of America, Inc.,<br>an Illinois corporation, and Roes 1 – 100;<br><br>         Defendants. | Case No. CV 07 05612 JCS<br><br>**REQUEST TO ENTER DEFAULT** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Shoom, Inc. hereby requests that the Clerk of the above-mentioned Court enter default in this matter against Defendant Electronic Imaging Systems of America, Inc. ("eISA") on the ground that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint and Summon on eISA on November 9, 2007, as evidenced by the Proof of Service of Complaint and Summons on file with this Court.

//

//

---

Declaration of Steven A. Nielsen
(Case No. CV 07-05612 JCS)

- 2 -

1  The above stated facts are set forth in the accompanying Declaration of Steven A.
2  Nielsen, filed herewith.

                                      Respectfully submitted,

Dated:  December 3, 2007      Allman & Nielsen P.C.

By /s/  Steven A. Nielsen_____
    Steven A. Nielsen

Attorneys for Plaintiff
SHOOM, INC.

- 2 -

Declaration of Steven A. Nielsen
(Case No. CV 07-05612 JCS)