1  **STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864**
   **(STEVE@NIELSENPATENTS.COM)**
2  **SARA B. ALLMAN, CALIFORNIA STATE BAR NO. 107932**
   **ALLMAN & NIELSEN P.C.**
3  100 **LARKSPUR LANDING CIRCLE, SUITE** 212
   **LARKSPUR,** CA 94939-1743
4  **TELEPHONE:**   (415) 461-2700
   **FACSIMILE:**    (415) 461-2726
5
   **Attorneys for Plaintiff**
6  **Shoom, Inc., a Delaware corporation**

7

8
                       **UNITED STATES DISTRICT COURT**
9                      **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN FRANCISCO DIVISION**
10

11  Shoom, Inc., a Delaware corporation,        Case No. CV 07 05612 JCS

12          Plaintiff,                          **PATENT**

13          vs.                                 **DECLARATION OF STEVEN A.
                                                NIELSEN IS SUPPORT OF REQUEST
14  Electronic Imaging Systems of America, Inc., TO ENTER DEFAULT**
    an Illinois corporation, and Roes 1 – 100;
15
            Defendants.
16

17

18
         I, STEVEN A. NIELSEN, Declare and state as follows:
19

20
    1.   I am an attorney at the law firm of Allman & Nielsen P.C., counsel for Plaintiff
21
         Shoom, Inc. in the above-entitled matter. The facts stated herein are within my
22
         personal knowledge and if called upon as a witness, I could and would
23
         competently testify thereto.
24
    2.   On November 9, 2007, I caused a true and correct copy of the Summons and
25
         Complaint in this action to be personally served on Mr. Don O. Spagnolo, the
26
         agent for service of process for Defendant Electronic Imaging Systems of
27

28

---
Declaration of Steven A. Nielsen
(Case No. CV 07-05612 JCS)

1  America, Inc. ("eISA").  True and correct copies of the two proofs of service of the Summons and Complaint are attached collectively as "Exhibit 1".

3.  As of this date, Allman & Nielsen P.C. has not received a response to the Summons and Complaint. Moreover, as shown by the docket sheet from this case attached as "Exhibit 2," no responsive filing has been docketed by the Court as of December 2, 2007.

4.  Upon Plaintiff's information and belief, the defendant, being an Illinois corporation with its principal place of business in Rolling Meadows, Illinois, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520.

5.  Copies of this Declaration, with attachments and the Request to Enter Default have this date been served upon the defendant by regular mail, postage prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of December, 2007 at Larkspur, California.

                                                 __/s/  Steven A. Nielsen____
                                                         Steven A. Nielsen