# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Shoom, Inc.

v.

Electronic Imaging Systems of America, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 07 -5612 JCS

TO: (Name and address of defendant)

Don O. Spagnolo,
2500 W. Higgins RD, Suite 500, Hoffman Estates, IL, 60195
Agent for Service of Process for
Defendant Electronic Imaging Systems of America, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven A. Nielsen
Allman & Nielsen, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939

415.461.2700
415.461.2726 Fax

an answer to the complaint which is herewith served upon you, within 20 *sh.* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

NOV - 5 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/9/07 |
| Name of SERVER JOANNE M. COX | TITLE PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): ELECTRONIC IMAGING SYSTEMS OF AMERICA, INC. C/O REGISTERD AGENT - DON O SPAGNOLO 2500 W HIGGINS RD SUITE 100 HOFFMAN ESTATES IL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-9-07
Date

Signature of Server: Joanne M. Cox
608 E CHICAGO ST
ELGIN IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SPECIAL PROCESS SERVER

JOANNE COX      NO. CV 07-5612

Being first duly sworn on oath deposes and says that he has served the individual named below in the manner and method as stated below:

I. That he served the within (summons and a copy of the complaint), (summons and a copy of the petition), (citation, citation notice and certificate of attorney, (rule), (subpoena), _____ on the within named defendant by leaving a copy of each with the individual defendant personally as follows:

Defendant _____ Date of Service _____

_____ Time of Service _____

_____
Address of Service
☐ Bus.    ☐ Res.

Description:
(a) Male, Female
(b) Ht. _____
(c) Wt. _____
(d) Race _____
(e) Age _____
(f) Eyes _____
(g) Hair _____

II. Individual defendant(s) – Abode: (summons and a copy of the complaint), (summons and a copy of the petition), (citation, citation notice and certificate of attorney), _____ By leaving a copy at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upward, informing that person of its contents and also by sending a copy in sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of defendant: _____
Person with whom left: _____
Resident
_____
Address of Service

Date of Service _____ Date of Mailing _____

Description:
(a) Male, Female
(b) Ht. _____
(c) Wt. _____
(d) Race _____
(e) Age _____
(f) Eyes _____
(g) Hair _____
(h) Time _____

III. Corporation defendants: (summons and copy of the complaint), (citation, citation notice and certificate of attorney) (subpoena). (Wage deduction summons, affidavit and notice), (garnishment summons, non-wage, and affidavit). _____ By leaving a copy with the registered agent, officer or agent of each corporation as follows:

Defendant Corporation    (Registered agent,) Officer or Agent    Date of Service

ELECTRONIC IMAGING SYSTEMS OF AMERICA INC    DON O SPAGNOLO    11/9/07

2500 W HIGGINS RD SUITE 100, Hoffman Estates, IL
Address of Service
☑ Bus.    ☐ Res.

Description:
(a) (Male,) Female
(b) Ht. 6'0
(c) Wt. 210
(d) Race White
(e) Age 7/23/62
(f) Eyes BRN
(g) Hair BRN
(h) Time 11/9AM

IV. That he was unable to serve the defendant _____.

_Joanne M. Cox_
SPECIAL PROCESS SERVER (signature)
Private Detective Agency #117-000613

UNDER PENALTIES AS PROVIDED BY LAW PURSUANT TO S1-109 OF THE CIVIL CODE OF PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENTS SET FORTH ARE TRUE AND CORRECT TO HIS/HER BELIEF.