STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864
(STEVE@NIELSENPATENTS.COM)
SARA B. ALLMAN, CALIFORNIA STATE BAR NO. 107932
ALLMAN & NIELSEN P.C.
100 LARKSPUR LANDING CIRCLE, SUITE 212
LARKSPUR, CA 94939-1743
TELEPHONE:   (415) 461-2700
FACSIMILE:   (415) 461-2726

**Attorneys for Plaintiff
Shoom, Inc., a Delaware corporation**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Shoom, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Electronic Imaging Systems of America, Inc., an Illinois corporation, and Roes 1 – 100;<br><br>Defendants. | Case No. CV 07 5612 JCS<br><br>PATENT<br><br>PROOF OF SERVICE OF REQUEST TO ENTER DEFAULT AND DECLARATION OF STEVEN A. NIELSEN IN SUPPORT OF REQUEST TO ENTER DEFAULT |

## PROOF OF SERVICE

State of California

County of Marin

I am over the age of 18 and not a party to the within action; my business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California, 94939. On December 3, 2007, a copy of the attached REQUEST TO ENTER DEFAULT and DECLARATION OF STEVEN A. NIELSEN IN SUPPORT OF REQUEST TO ENTER DEFAULT was served on all interested parties in this action by U.S. Mail, postage prepaid, at the following addresses:

Don O. Spagnolo
1500 W. Higgins RD, Suite 500
Hoffman Estates, IL, 60195

John Metsig
CEO
Electronic Imaging Systems of America
2260 Hicks Road, Suite 405
Rolling Meadows, Illinois, 60008

Executed on December 4, 2007, at Larkspur, California. I declare under penalty of perjury that the above is true and correct.

Noli Villa