ADRMOP, AO279, E-Filing

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-05612-JCS

Shoom, Inc. v. Electronic Imaging Systems of America, Inc.
Assigned to: Magistrate Judge Joseph C. Spero
Cause: 28:1338 Patent Infringement

Date Filed: 11/05/2007
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Shoom, Inc.**
*a Delaware corporation*

represented by **Sara B. Allman**
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
415/461-2700
Fax: 415-461-2726
Email: all-niel@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Anton Nielsen**
Allman & Nielsen P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
415-461-2700
Fax: 415-461-2726
Email: Steve@NielsenPatents.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Electronic Imaging Systems of America, Inc.**
*an Illinois corporation*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 11/05/2007 | 1 | COMPLAINT for Declaratory Judgment of Non-Infringement of Patents and Demand for Jury Trial against Electronic Imaging Systems of America, Inc. (Filing fee $ 350.00, receipt number 34611012175). Filed by Shoom, Inc.. (gba, COURT STAFF) (Filed on 11/5/2007) Additional attachment(s) added on 11/16/2007 (gba, COURT STAFF). (Entered: 11/05/2007) |
| 11/05/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/8/2008. Case Management Conference set for 2/15/2008 01:30 PM. (Attachments: # 1 CMC Standing Order# 2 JCS Standing Order# 3 New Standing Order)(gba, COURT STAFF) (Filed on 11/5/2007) (Entered: 11/05/2007) |
| 11/05/2007 | | Summons Issued as to Electronic Imaging Systems of America, Inc.. (gba, COURT STAFF) (Filed on 11/5/2007) (Entered: 11/05/2007) |
| 11/05/2007 | | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 11/5/2007) (Entered: 11/05/2007) |
| 11/05/2007 | 3 | REPORT on the filing or determination of an action regarding Patent Infringement (cc: form mailed to register). (gba, COURT STAFF) (Filed on 11/5/2007) (Entered: 11/05/2007) |
| 11/08/2007 | 4 | CLERK'S NOTICE TO PLAINTIFF RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by Nov. 23, 2007. (klh, COURT STAFF) (Filed on 11/8/2007) (Entered: 11/08/2007) |
| 11/14/2007 | 5 | **ERRONEOUS ENTRY** COMPLAINT *for Declaratory Judgment of Non-Infringement of Patents* against Electronic Imaging Systems of America, Inc. ( Filing fee $ 350, receipt number 3461101217.). Filed byShoom, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6 part 1# 7 Exhibit 6 part 2# 8 Exhibit 6 part 3)(Nielsen, Steven) (Filed on 11/14/2007) Modified on 11/16/2007 (gba, COURT STAFF). (Entered: 11/14/2007) |
| 11/19/2007 | 6 | AFFIDAVIT of Service for Summons & Complaint served on Don O. Spagnolo on Nov. 9, 2007, filed by Shoom, Inc.. (Nielsen, Steven) (Filed on 11/19/2007) (Entered: 11/19/2007) |
| 11/26/2007 | 7 | CLERK'S **SECOND NOTICE TO PLAINTIFF** Re: Consent to Proceed before a U.S. Magistrate Judge. Form due by Dec. 10, 2007. (klh, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 11/30/2007 | 8 | CONSENT to Proceed Before a US Magistrate Judge by Shoom, Inc... (Nielsen, Steven) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 11/30/2007 | 9 | Certificate of Interested Entities by Shoom, Inc. (Nielsen, Steven) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 12/03/2007 | 10 | MOTION for Entry of Default *by Clerk* filed by Shoom, Inc.. (Nielsen, Steven) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 11 | Declaration of Steven A. Nielsen in Support of 10 MOTION for Entry of Default *by Clerk* filed byShoom, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Proof of Mailing)(Related document(s) 10 ) (Nielsen, Steven) (Filed on 12/3/2007) (Entered: 12/03/2007) |

| | | |
|---|---|---|
| 12/12/2007 | 12 | Clerk's Notice ENTRY OF DEFAULT as to Defendant Electronic Imaging Systems of America, Inc. (Related documents(s) 10 ) (gba, COURT STAFF) (Filed on 12/12/2007) (Entered: 12/12/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/27/2007 11:45:01 | | | |
| **PACER Login:** | an0754 | **Client Code:** | shoom |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-05612-JCS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |