STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864
(STEVE@NIELSENPATENTS.COM)
SARA B. ALLMAN, CALIFORNIA STATE BAR NO. 107932
ALLMAN & NIELSEN P.C.
100 Larkspur Landing Circle, suite 212
Larkspur, CA 94939-1743
Telephone:   (415) 461-2700
Facsimile:   (415) 461-2726

**Attorneys for Plaintiff
Shoom, Inc., a Delaware corporation**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Shoom, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Electronic Imaging Systems of America, Inc., an Illinois corporation, and Roes 1 – 100; <br><br> Defendants. | Case No. CV 07 05612 JCS <br><br> **[PROPOSED] ORDER** <br><br> Date:   February 8, 2008 <br> Time:   9:30 A.M. <br> Courtroom: A, 15th Floor |

This Court having previously entered default against defendant Electronic Imaging Systems of America, Inc. ("eISA") for failure to respond to the Complaint duly served upon eISA by Shoom, Inc. ("Shoom") and for failure to otherwise defend this action, and Shoom having applied to this court for the entry of default judgment,

IT IS ORDERED that:

1. The Court declares that the past and current methods of Shoom do not infringe upon U.S. Patent 7,099,837 or U.S. Patent 6,505,173; and

2. Shoom shall recover its costs from eISA in the amount of $397 dollars.

IT IS SO ORDERED.

Dated: _____2008

_____
Honorable Joseph C. Spero
United States Magistrate Judge

**PROOF OF SERVICE**

State of California

Marin County

    I am over the age of 18 and not a party to the within action; my business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California, 94939. On **December 27, 2007**, a copy of the attached **[PROPOSED] ORDER** was served on all interested parties in this action by U.S. mail, postage prepaid, at the following addresses:

    Don O. Spagnolo
    2500 W. Higgins RD, Suite 500
    Hoffman Estates, IL, 60195

    John Metsig, President
    Electronic Imaging Systems of America
    2260 Hicks Road, Suite 405
    Rolling Meadows, IL 60008

    Executed on December 27, 2007, at Larkspur, California. I declare under penalty of perjury that the above is true and correct.

                                                 /s/ Noli Vila
                                                 Noli Vila

_____
Proof of Service – [Purposed] Order
CV 07 5612 JCS   Shoom v. eISA