UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOOM INC,                                                 No. C 07-05612 (JCS)

         Plaintiff(s),

                                                            CLERK'S NOTICE

    v.

ELECTRONIC IMAGING SYSTEMS,

         Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

       YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion for Default Judgment before Magistrate Judge Spero previously noticed for February 8, 2008, at 9:30 a.m., has been reset to **April 4, 2008, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Regardless of whether the Court reschedules the hearing the opposition memorandum shall be due by **January 18, 2008**, and the reply brief shall be due by **January 25, 2008**.

       YOU ARE HEREBY FURTHER NOTIFIED THAT the case management conference, previously noticed for February 15, 2008, at 1:30 p.m., has been reset to **April 4, 2008, at 9:30 a.m.,** following oral argument on the Motion for Default Judgment. A case management conference statement shall be due by **March 28, 2008.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: January 8, 2008

                                                         FOR THE COURT,
                                                         Richard W. Wieking, Clerk

                                              by: _____
                                                              Karen L. Hom
                                                               Courtroom Deputy

*United States District Court*
*For the Northern District of California*