## Steven A. Nielsen

**From:** John metsig [jmetsig@yahoo.com]
**Sent:** Wednesday, January 09, 2008 4:07 PM
**To:** Steve Nielsen
**Subject:** Re: Case No. CV 07 05612 JCS

Steve,

This is to advise you that I do not intend to pursue litigation regarding the above case and will default.


John

1