# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Electronic Imaging Systems of America, Inc.

                                   Plaintiff,

v.                                                            Case No.: 1:07−cv−01490

                                                                          Honorable Ruben Castillo

Merlinone, Inc., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

    MINUTE entry before Judge Ruben Castillo :Status hearing held on 3/5/2008. Defendant's counsel was present. Plaintiff and Edward D. Manzo did appear after the case was called. Plaintiff's oral request to dismiss the lawsuit without prejudice is denied. The Court hereby dismisses this lawsuit with prejudice.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.