# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 07-05612 JCS**

**CASE NAME:  SHOOM INC v. ELECTRONIC IMAGING SYSTEMS**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: April 4, 2008    **TIME:** 10 mins | **COURT REPORTER**: Catherine Edwards |
| **COUNSEL FOR PLAINTIFF:**<br>Steve Nielsen | **COUNSEL FOR DEFENDANT:**<br>No Appearance |

| PROCEEDINGS: | RULING: |
|---|---|
| 1.  Pla's Motion for Default Judgment & Costs [Docket No. 13] | Submitted |
| 2.  Case Management Conference | Not Held |

**ORDERED AFTER HEARING:**

Court will issue a Report and Recommendation and this case will be reassigned to a district judge.

**NOTES:** William J. Freschi, CEO of Shoom, sworn under oath, and testified.

___

**ORDER TO BE PREPARED BY:**       () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**

___

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:    at 9:30 a.m. | | Pretrial Conference:     at 1:30 p.m. |

**Trial Date:**           at 8:30 a.m.  ()Jury    ()Court     Set for      days

___

**cc:**      **Chambers; Karen**
* (T) = Telephonic Appearance