UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOOM INC,                                              No. C-07-05612 JCS

        Plaintiff(s),

    v.                                                      **ORDER REASSIGNING CASE TO A DISTRICT JUDGE**

ELECTRONIC IMAGING SYSTEMS,

        Defendant(s).
_____/

In view of the Report and Recommendation dated April 8, 2008, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

IT IS SO ORDERED.

Dated: April 10, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge