IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOOM, INC.,

    Plaintiff,

v.

ELECTRONIC IMAGING SYSTEMS OF AMERICA,

    Defendant.

No. C 07-05612 JSW

**JUDGMENT**

Pursuant to the Court's Order entered this date adopting the Report and Recommendation issued by Magistrate Judge Joseph Spero, a declaratory judgment that Plaintiff does not and has not infringed United States Patent Nos. 7,099,837 and 6,505,173 is HEREBY ENTERED in favor of Plaintiff and against Defendant. Plaintiff also is awarded $397 in costs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 25, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE