**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   SHOOM, INC,

9           Plaintiff,                          No.  C 07-05612 JSW

10    v.                                        **ORDER CONTINUING HEARING
                                                AND EXTENDING TIME FOR**
11   ELECTRONIC IMAGING SYSTEMS OF              **PLAINTIFF TO FILE A REPLY**
     AMERICA, INC.
12
             Defendant.
13
     _____/
14

15          Plaintiff has filed a Motion to Enforce Judgment, which is set for hearing on September

16   2, 2011.  On August 19, 2011, Source 3 Systems, LLC filed an opposition to that motion, in

17   which it contends it was not served with the motion until August 1, 2011.  Under the Local

18   Rules, an opposition would have been due on August 15, 2011.  *See* N.D. Civ. L.R. 7-3(a).

19   Although Source 3 has not requested that the Court accept the late-filed brief, the Court finds

20   good cause to do so.  However, the Court shall afford Plaintiff additional time to file a reply,

21   and it shall continue the hearing on the motion.  Accordingly, Plaintiff shall file a reply by no

22   later than August 31, 2011.  The Court shall continue the hearing until September 30, 2011.  If

23   the Court finds the matter suitable for disposition without oral argument, it shall advise the

24   parties in advance of the hearing date.

25          **IT IS SO ORDERED.**

26   Dated: August 22, 2011

27                                              _____
                                                JEFFREY S. WHITE
28                                              UNITED STATES DISTRICT JUDGE