**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOOM, INC,

    Plaintiff,

v.

ELECTRONIC IMAGING SYSTEMS OF AMERICA, INC.

    Defendant.
_____/

No. C 07-05612 JSW

**ORDER VACATING HEARING**

Plaintiff has filed a Motion to Enforce Judgment, which is set for hearing on September 30, 2011. The Court finds the matter suitable for disposition without oral argument, and VACATES the hearing. The matter is deemed submitted, and the Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: September 28, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE